1  Matthew A. Rosenthal (SBN 279334)
   matt@westgatelaw.com
2  Westgate Law
   16444 Paramount Blvd., Suite 205
3  Paramount, CA 90723
   Tel: (818) 200-1497
4  Fax: (818) 574-6022
   Attorneys for Plaintiff,
5  JASON SCOTT

6              **IN THE UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
7                    **WESTERN DIVISION**

8

9  JASON SCOTT,                      )  **Case No.: 2:18-cv-02645**
                                     )
10                                   )  **NOTICE OF SETTLEMENT**
                Plaintiff;           )
11                                   )
        v.                           )
12                                   )
                                     )
13 SPEEDY CASH.;                     )
                                     )
14                                   )
                Defendant.           )
15                                   )
                                     )
16                                   )
                                     )
17 _____    )

18
       NOW COMES Plaintiff, JASON SCOTT, through attorneys, WESTGATE
19
   LAW, and hereby notifies this Court that a settlement of the present matter has been
20
   reached and is in the process of finalizing settlement, which Plaintiff anticipates will
21
   be finalized within the next sixty (60) days.
22
       Plaintiff therefore respectfully requests this Honorable Court vacate all dates
23
   currently scheduled for the present matter.
24

25

NOTICE OF SETTLEMENT
- 1 -

RESPECTFULLY SUBMITTED,

DATED: May 4, 2018        WESTGATE LAW

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal
    Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  Notice of said filing was served via e-mail transmission to the following:

> Jamie D. Wells
> McGuire Woods LLP
> Two Embarcadero Center
> Suite 1300
> San Francisco, CA 94111-3821
> jwells@mcguirewoods.com

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal