1 Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
2 Westgate Law
16444 Paramount Blvd., Suite 205
3 Paramount, CA 90723
Tel: (818) 200-1497
4 Fax: (818) 574-6022
Attorneys for Plaintiff,
5 JASON SCOTT

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JASON SCOTT,<br><br>             Plaintiff;<br><br>   v.<br><br>SPEEDY CASH,<br><br>             Defendant. | Case No.: 2:18-cv-02645-AFM<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff, JASON SCOTT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *with prejudice*. Defendant Speedy Cash has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: May 21, 2018         WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
JASON SCOTT

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Jamie D. Wells
McGuire Woods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
jwells@mcguirewoods.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal